UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel*. LARRY GEORGE EDWARDS, JR. | § § § | |
| v. | § § § § | CIVIL NO. 4:21-CV-148-SDJ |
| HOMESTAR NORTH AMERICA, LLC | | |

## ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the qui tam provisions of the False Claims Act, 31 U.S.C. § 370(b)(1), the United States and Relator Larry George Edwards, Jr. ("Relator") filed a Joint Stipulation of Dismissal of Relator's Complaint. Upon consideration of the Joint Stipulation, and the papers on file in this action,

**IT IS HEREBY ORDERED:**

1. Consistent with the terms of the October 5, 2023, Settlement Agreement executed by the United States, Relator, and Defendant Homestar North America, LLC ("Settlement Agreement"), all claims asserted on behalf of the United States against Defendant Homestar North America, LLC concerning the Covered Conduct as defined in Recital Paragraph D of the Settlement Agreement are dismissed with prejudice.

2. Any remaining claims asserted by Relator on behalf of the United States against Defendant in this action that are not part of the Covered Conduct are dismissed without prejudice to the United States.

3. Relator's claims asserted against Defendant in this action are dismissed with prejudice to Relator.

4. The Relator's Complaint (Docket No. 1), the United States' Notice of Intervention for Settlement Purposes (Docket No. 18) the Joint Stipulation of Dismissal (Docket No. 19), and this Order shall be unsealed. All other filings prior to the date of this Order in this matter shall remain under seal and not made public.

5. As of the date of this Order, the seal is lifted in this matter, and future filings shall not be made under seal.

**The clerk is directed to close and terminate this civil case.**

**So ORDERED and SIGNED this 12th day of December, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE